## UNITED STATES
### v.
## ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS TRADING UNDER THE FIRM OF FORSYTH & SMITH, AND JAMES ROUGH

1808

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 162
2. Judgment . . . . . . . . . . . . " 172

PAPERS IN FILE

1. Declaration . . . . . . . . . . . .
2. Bond payable October 18, 1805 . . . . . . . . . . .